# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1)  ETTA BARRE, individually, and as** | **)** | |
| **Personal Representative of the Estate of** | **)** | |
| **ANTHONY BARRE, Deceased,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No.      12-CV-507-CVE-TLW** |
| | **)** | |
| **(1) STATE FARM FIRE AND** | **)** | |
| **CASUALTY COMPANY,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

## NOTICE TO PARTIES OF REMOVAL

YOU ARE HEREBY NOTIFIED that pursuant to 28 U.S.C. §1446 (1992), the Defendant, State Farm Fire and Casualty Company, has this date filed in the United States District Court for the Northern District of Oklahoma, its Notice of Removal of the action pending in the District Court in and for Tulsa County, State of Oklahoma, under the style of <u>Etta Barr, individually and as Personal Representative of the Estate of Anthony Barre, deceased v. State Farm Insurance Company</u>, Case No. CJ-2011-2432, and has caused a copy of said Notice of Removal to be filed with the Clerk of the District Court in and for Tulsa County, State of Oklahoma, and a copy of said Notice of Removal is hereto attached and made a part of this Notice.

You are further notified that said cause has been docketed in the United States District Court for the Northern District of Oklahoma, under the number and style as set forth above.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,**
**BRITTINGHAM, GLADD & CARWILE**
A PROFESSIONAL CORPORATION

  /s/ John S. Gladd
John S. Gladd, OBA #12307
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Attorney for Defendant, State Farm

## CERTIFICATE OF SERVICE

I hereby certify that on September 11th, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. Steven Hightower
Attorney at Law
P.O. Box 14031
Tulsa, Oklahoma 74159

Mr. Mike Jones
Attorney at Law
116 N. Elm
Bristow, Oklahoma 74010
Attorneys for Plaintiff

  /s/ John S. Gladd
John S. Gladd