# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ETTA BARRE, individually and as Personal Representative of the Estate of Anthony Barre, Deceased,** | )<br>)<br>) |
| **Plaintiff,** | ) |
| v. | ) Case No. 12-CV-0507-CVE-TLW |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | )<br>) |
| **Defendant.** | ) |

## JUDGMENT

This matter has come before the Court for consideration and an Opinion and Order granting summary judgment in favor of defendant State Farm Fire and Casualty Company has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the Court's Opinion and Order.

**IT IS SO ORDERED** this 7th day of October, 2013.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE